**Juan C. Chavez**, OSB #136428
**Alex Meggitt**, OSB #174131
Oregon Justice Resource Center
P.O. Box 5248
Portland, OR 97208
ameggitt@ojrc.info
jchavez@ojrc.info
Tel: (503) 944-2270

    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| DESTINY ELLIOTT, as personal representative of the estate of Tyson Wilcher,<br><br>    Plaintiff,<br><br>v.<br><br>OREGON DEPARTMENT OF CORRECTIONS, a subdivision of the State of Oregon; REED PAULSON, MD; MICHELLE CROW; JOLIE HANKE; RICARDO CEDILLO; KEENAN ENGLE; and JOHN DOES 1-2,<br><br>    Defendants. | Case No. 6:21-cv-00857-YY<br><br>PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(*Unopposed*) |

### LR 7-1 CERTIFICATION

On August 23, 2023, Plaintiff's counsel Alex Meggitt, conferred with opposing counsel Michael Washington via e-mail regarding this motion. Mr. Washington stated he did not oppose this motion.

### RELIEF REQUESTED

Plaintiff respectfully requests an extension of the discovery and dispositive motion deadlines

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**
Page 2

by 90 additional days.

## ARGUMENT AND AUTHORITY

Case schedules can be modified and extended based upon showings of "good cause." Fed. R. Civ. P. 16(b)(4). Here, there is good cause to extend case deadlines by 90 days. Parties are currently litigating the Plaintiff's Motion to Strike Defendant Michelle Crow's Answer. Notwithstanding the outcome of the motion, Counsel for Plaintiff will need additional time to depose Defendant Michelle Crow and complete remaining discovery matters.

Pursuant to this Court's May 30, 2023 order (Doc. 50), the current deadline for fact discovery in this case is August 29, 2023, with a dispositive motion deadline of September 28, 2023. Plaintiff respectfully requests a 90-day extension of the current deadlines for a new fact discovery deadline of **November 27, 2023** and a new dispositive motion deadline of **December 27, 2023**.

DATED: August 23, 2023.

*/s/ Alex Meggitt*
Alex Meggitt
OSB 174131
Attorney for Plaintiff

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**
Page 2