**JUAN C. CHAVEZ**, OSB #136428
**JONATHAN GERSTEN**, OSB #191582
**FRANZ H. BRUGGEMEIER**, OSB #163533
OREGON JUSTICE RESOURCE CENTER
PO BOX 5248
PORTLAND, OR 97208
TELEPHONE: 503-944-2270
FACSIMILE: 971-328-3982

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| DESTINY ELLIOTT, as personal representative of the estate of Tyson Wilcher,<br><br>                        Plaintiff,<br>        v.<br>OREGON DEPARTMENT OF CORRECTIONS, a subdivision of the State of Oregon; REED PAULSON, MD; MICHELLE CROW; JOLIE HANKE; RICARDO CEDILLO; KEENAN ENGLE; and JOHN DOES 1-2,<br><br>                        Defendants. | Case No. 6:21-cv-00857-YY<br><br>NOTICE OF WITHDRAWAL OF ATTORNEY FRANZ BRUGGEMEIER |

**TO CLERK AND ALL COUNSEL OF RECORD:**

Please take notice effective immediately that I, Franz Bruggemeier, hereby withdraw as counsel of record for Plaintiffs. Juan Chavez and Jonathan Gersten have appeared in this matter and will continue as counsel for Plaintiff.

DATED: June 28, 2024.

*/s/ Franz Bruggemeier*
Franz Bruggemeier, OSB #163533
Oregon Justice Resource Center
Telephone: 503-944-2270